No. 03–5336. DI NARDO v. PALM BEACH COUNTY BOARD OF COUNTY COMMISSIONERS ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–5337. DAVIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–5338. JACKSON v. WALKER, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 03–5339. O'CONNOR v. NORTHSHORE INTERNATIONAL INSURANCE SERVICES, INC. C. A. 1st Cir. Certiorari denied.

No. 03–5340. OSBOURNE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–5341. PICASO-MENDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5342. PULLIAM v. HUBBARD, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–5343. MITCHELL, AKA ALI v. WILSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 03–5344. SINCLAIR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5345. RODRIGUEZ-DUBERNEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5346. STANTON v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 03–5347. SMITH v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5348. WYNNE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–5349. KWOK CHING YU v. UNITED STATES. C. A. 2d Cir. Certiorari denied.